**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                  Civil Action No. 1:14-cv-01482-GBL-TRJ

JOHN DOE, subscriber assigned IP address
96.255.166.204,

    Defendant,

                                /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 96.255.166.204. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  December 17, 2014

                                              Respectfully submitted,

                                              By:  /s/ *William E. Tabot*
                                              William E. Tabot PC
                                              9248 Mosby Street
                                              Manassas, VA 20110-5038
                                              Phone: 703-530-7075
                                              Email: wetabotesq@wetlawfirm.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*_____
      William E. Tabot